■ The People of the State of New York, Respondent, v. John C. Cookingham, Appellant.— Motion for reargument denied. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Melodies, Inc., Respondent, v. Carmelo Mirabile, Appellant.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Frederick A. Nicholson et al., Appellants, v. 300 Broadway Realty Corporation, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Charles A. Tiffany et al., Appellants, v. Brigid M. Kelly, Respondent. (Action No. 1.) Michael J. Kelly, as Administrator of the Estate of Margaret M. Kelly, Deceased, Appellant, v. Charles A. Tiffany et al., Appellants, and Brigid M. Kelly, Respondent. (Action No. 2.) — Motion for reargument denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of Recreation Lines, Inc., Petitioner, against Public Service Commission of the State of New York, Respondent. In the Matter of Walters Transit Corp., Petitioner, against Public Service Commission of the State of New York, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of Lillian Robinson, Respondent, against First National City Bank of New York et al., Appellants. Workmen's Compensation Board, Respondent.— Motion for reargument denied. Motion for permission to appeal to the Court of Appeals granted, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York, Respondent, v. Morgan D. Ryan, Appellant.— Decision of this court in the above matter, handed down December 30, 1958 (*ante*, p. 198), and the order entered herein on the 22d day of January, 1959, is amended in accordance with the statement of the Attorney-General, dated February 2, 1959. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Benjamin Bresky, Appellant, v. State of New York, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of Alexander Leavitt, Petitioner, against Board of Regents of the University of the State of New York, Respondent.— Application for a stay. Stay granted, upon condition the case is perfected on or before May 1, 1959 and is ready for argument at the June 1959 Term of this court. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Maria Holubetz, Plaintiff, v. Joseph Curran, Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Ernest Cowles, Appellant, v. R. George Wiswall, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.